AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

U.S. MARSHAL-DC PM1:28
RECEIVED JAN 29 '24

United States of America
v.
Terrell Roberts

*Defendant*

)  Case: 1:24-mj-00032
)  Assigned To : Judge G. Michael Harvey
)  Assign. Date : 1/29/2024
)  Description: COMPLAINT W/ARREST WARRAN
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Terrell Roberts ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)--Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building..

Date:    01/29/2024                                     2024.01.29 12:19:14 -05'00'
                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                      G. Michael Harvey, U.S. Magistrate Judge
                                                        *Printed name and title*

### Return

This warrant was received on *(date)* 1/29/2024, and the person was arrested on *(date)* 2/1/2024
at *(city and state)* Washington DC.

Date: 2/1/2024
                                                        *Arresting officer's signature*

                                                        Joseph Perr - Special Agent FBI
                                                        *Printed name and title*