**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No.: 1:24-mj-00032-GMH-1 |
| : | |
| TERRELL ANDREW ROBERTS : | |
| : | |
| Defendant : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Defendant Terrell Andrew Roberts, by his undersigned counsel, moves the Court to continue the status conference set for July 9, 2024, at 1:00 p.m. The reason for the request is that undersigned counsel will be in trial on July 8-9, 2024, before the Honorable Reggie B. Walton in the case of *United States v. Anna Lichnowski*, Case No. 23-cr-341. The Government consents to this requested continuance, and both parties are available for the status conference between and including dates of July 30 to August 1, 2024. The defendant waives the Speedy Trial Act through the date of the next status date.

Respectfully submitted,
**ROBERTS AND WOOD**

  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
TRoberts@robertsandwood.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Consent Motion for Continuance was electronically filed on June 24, 2024, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Ms. Shalin Nohira
Assistant U.S. Attorney
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
shalin.nohria@usdoj.gov


  /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, II