UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 24-MJ-32 |
| TERRELL ROBERTS, : | |
| : | |
| Defendant. : | |

**<u>MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT</u>**

The United States of America and defense counsel for Terrell Roberts hereby jointly update the Court and move to continue the existing status hearing to a date between March 10, 2025 and March 14, 2025 and further move to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*—between December 3, 2024 and the date of the next hearing —on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   The parties continue to work toward resolving the case short of trial, and the government continues to provide discovery that defense counsel continues to review in determining the best path forward.

In short, due to the number of individuals currently charged across the investigation into the events of January 6, 2021, and the nature of those charges, the ongoing investigation of many other individuals, the volume and nature of potentially discoverable materials, and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice.   Accordingly, the ends of justice served by granting a request for a continuance outweigh the best interest of the

public and the defendant in a speedy trial.

    Government counsel notified the defense of the filing of this motion, and defense counsel joins in the motion.

                  Respectfully submitted,

                  MATTHEW M. GRAVES
                  United States Attorney
                  DC Bar No. 481052

By:   _/s/ Shalin Nohria_
       Shalin Nohria
       Assistant United States Attorney
       D.C. Bar No. 1644392
       United States Attorney's Office
       601 D St. NW, 6.713
       Washington, D.C.,
       202-344-5763
       shalin.nohria@usdoj.gov