## UNITED STATES DISTRICT COURT
## FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 24-mj-32** |
| : | |
| **TERRELL ROBERTS** : | |
| : | |
| **Defendant.** : | |

### ORDER

Based upon the representations in the Motion to Continue Status Conference and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on December 3, 2024, be continued to March 11, 2025, at 1:00 pm, and it is further

**ORDERED** that the time between December 3, 2024, and March 11, 2025, shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to potentially resolve this matter and additional time for the defendant to review discovery,

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE