**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No.: 1:24-mj-00032-GMH-1 |
| | : |
| TERRELL ANDREW ROBERTS | : |
| | : |
| Defendant | : |

**NOTICE OF PROPOSED ORDER**

Defendant Terrell Andrew Roberts, by his undersigned counsel, notes the filing of the attached proposed order in reference to the Government's Motion to Dismiss the Indictment with Prejudice (ECF 26).

   /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, III
Bar ID No. 965061
*Attorney for Defendant*
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland 20737
(301) 699-0764
TRoberts@robertsandwood.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Response to the Government Motion to Dismiss with Prejudice was electronically filed on January 21, 2025, via the CM/ECF File & Serve system, and an electronic copy was e-served on:

Ms. Jennifer Leigh Blackwell
Assistant U.S. Attorney
United States Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20053
Jennifer.blackwell3@usdoj.gov

   /s/ *Terrell N. Roberts, III*
Terrell N. Roberts, II